UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHIBUEZE C. ANAEME,<br><br>                        Plaintiff,<br><br>        v.<br><br>NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, *et al.*,<br><br>                        Defendants. | Case No. 2:12-cv-1041-MMD-VCF<br>Case No. 2:12-cv-1274-MMD-VCF<br>Case No. 2:12-cv-1275-MMD-VCF<br>Case No. 2:12-cv-1277-MMD-VCF<br>Case No. 2:12-cv-1280-MMD-VCF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before this Court are the reports and recommendations of United States Magistrate Judge Cam Ferenbach entered in cases No. 2:12-cv-1041-MMD-VCF (dkt. no. 5), No. 2:12-cv-1274-MMD-VCF (dkt. no 6), No. 2:12-cv-1275-MMD-VCF (dkt. no. 5), No. 2:12-cv-1277-MMD-VCF (dkt. no. 5), and No. 2:12-cv-1280-MMD-VCF (dkt. no. 5). Magistrate Judge Ferenbach recommends that Plaintiff Chibueze C. Anaeme's complaints in these cases be dismissed; that Anaeme be deemed a vexatious litigant pursuant to 28 U.S.C. § 1651(a); and that the Court enter an order stating that if Anaeme intends to file any papers with the Court, he must first seek leave of the Chief Judge of this Court in accordance with the procedure outlined in the reports.

With the exception of Case No. 2:12-cv-1280-MMD-VCF, every Report and Recommendation mailed to Anaeme's listed address was returned undelivered. No objections were filed to the reports and recommendations in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

1. The Court has conducted a *de novo* review of the record in these cases in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the reports and recommendations of Magistrate Judge Ferenbach should be accepted and adopted in whole. In addition, Local Rule LSR 2-2 requires that a plaintiff keep current his address with the Court. Failure to do so may result in dismissal of the action with prejudice. Anaeme's failure to maintain a current address further counsels in favor of adopting the reports and recommendations.

Accordingly, it is ORDERED THAT Magistrate Judge Ferenbach's reports and recommendations (dkt. no. 5 in No. 2:12-cv-1041-MMD-VCF; dkt. no. 6 in No. 2:12-cv-1274-MMD-VCF; dkt. no. 5 in No. 2:12-cv-1275-MMD-VCF; dkt. no. 5 in No. 2:12-cv-1277-MMD-VCF; dkt. no. 5 in No. 2:12-cv-1280-MMD-VCF) are ADOPTED in their entirety.

IT IS FURTHER ORDERED that Plaintiff Chibueze C. Anaeme's complaints (dkt. no. 1-1 in No. 2:12-cv-1041-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1274-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1275-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1277-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1280-MMD-VCF) are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Anaeme is deemed a vexatious litigant pursuant to 28 U.S.C. § 1651(a).

IT IS FURTHER ORDERED that if Anaeme intends to file any papers with the Court, he must first seek leave of the Chief Judge of this Court in accordance with the procedure outlined in Magistrate Judge Ferenbach's reports.

ENTERED THIS 11th day of January 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE